UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA     )
)
)
v.                     )      Case No. 4:09-CR-50
)
TRAVIS JUSTIN TRUSTY     )      MATTICE/CARTER

## O R D E R

On February 10, 2010, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to Count One of

the Two-Count Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in

Count One of the Two-Count Indictment; and (c) Defendant shall remain on bond pending

sentencing in this matter (Doc. 13). Neither party filed an objection within the given fourteen

days. After reviewing the record, the Court agrees with the magistrate judge's report and

recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Two-Count Indictment is

**ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Two-Count Indictment; and

(3) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Monday, May 10,**

**2010, at 9:00 am**.

**SO ORDERED.**

**ENTER:**

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE